UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HEATHER VANDERVORT, et al.,

    Plaintiffs,

v.                                        Case No. 3:16cv542-MCR-CJK

FEDERAL BUREAU OF
PRISONS, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On October 17, 2016, the court ordered plaintiff Vandervort to file either a notice of voluntary dismissal or an amended complaint within 30 days. (Doc. 4). Plaintiff failed to comply with the order within the allotted time. On November 18, 2016, the court directed plaintiff to show cause within 14 days why this case should not be dismissed due to her failure to prosecute and/or comply with an order of the court. (Doc. 5). To date, plaintiff has not submitted the amended complaint or responded to the court's show cause order.

Accordingly, it is respectfully RECOMMENDED:

1.    That this case be DISMISSED WITHOUT PREJUDICE due to plaintiff's failure to prosecute and/or comply with an order of the court.

2.      That the clerk be directed to close the file.

At Pensacola, Florida, this 6th day of December, 2016.


*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**


NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.